Form B6C - (6/90)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1998 USBC, Central District of California

| In re  Lydia Chin | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)　Exemptions provided in 11 U.S.C. § 522(d).  Note:  These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2)　Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH | VALUE OF CLAIMED | CURRENT MARKET VALUE OF PROPERTY, |
|---|---|---|---|
| 1996 Mercedes Benz E320 | C.C.P. § 704.010 | 1,900.00 | 35,000.00 |
| 401(k) | C.C.P. § 704.110(b), Gov. Code § 21201 | 27,000.00 | 27,000.00 |
| Bedroom furniture | C.C.P. § 704.020 | 400.00 | 400.00 |
| Cash | C.C.P. § 704.080 | 0.00 | Nominal |
| Checking account at Bank of Am | C.C.P. § 704.080 | 1,800.00 | 1,800.00 |
| Clothing | C.C.P. § 704.020 | 3,000.00 | 3,000.00 |
| Dining room set | C.C.P. § 704.020 | 500.00 | 500.00 |
| Farmer's New World Life - term li | C.C.P. § 703.140(b)(8) | | 0.00 |
| Jewelry | C.C.P. § 704.040 | 2,000.00 | 2,000.00 |
| Lamps | C.C.P. § 704.020 | 500.00 | 500.00 |
| Miscellaneous goods and furnis | C.C.P. § 704.020 | 1,000.00 | 1,000.00 |
| Paintings, bronze statues | C.C.P. § 704.040 | 3,000.00 | 3,000.00 |
| Piano | C.C.P. § 704.020 | 2,000.00 | 2,000.00 |
| Refrigerator | C.C.P. § 704.020 | 200.00 | 200.00 |
| Rugs | C.C.P. § 704.020 | 1,500.00 | 1,500.00 |
| Sofa and chairs | C.C.P. § 704.020 | 2,000.00 | 2,000.00 |
| Television sets | C.C.P. § 704.020 | 1,000.00 | 1,000.00 |
| Video camera | C.C.P. § 704.020 | 200.00 | 200.00 |
| Wall organizer | C.C.P. § 704.020 | 200.00 | 200.00 |
| Washer/dryer | C.C.P. § 704.020 | 150.00 | 150.00 |