Form B6D - (Rev. 6/90)                                                                                  1998 USBC, Central District of California

| In re  Lydia Chin | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5775776233<br>1st Nationwide Mortgage<br>840 Stillwater Rd., Bldg. B<br>W. Sacramento CA 95605 | | | 1989<br>Deed of Trust<br>Rental property located at 13242 Dewey St., Los Angeles, CA 90066<br><br>VALUE $400,000.00 | | | | 110,000.00 | 0.00 |
| ACCOUNT NO. 8900181052835<br>American General Finance<br>13926 Beach Blvd.<br>Westminster CA 92683 | | | 1997<br>Deed of Trust<br>Rental property located at 13242 Dewey St., Los Angeles, CA 90066<br><br>VALUE $400,000.00 | | | | 120,000.00 | 0.00 |
| ACCOUNT NO. 5002225754<br>Mercedes-Benz Credit Corp<br>9 Village Circle, Ste. 400<br>Roanoke TX 76262 | | | 1997<br>Security Agreement<br>1996 Mercedes Benz E320<br><br>VALUE $35,000.00 | | | | 46,886.00 | 11,886.00 |
| ACCOUNT NO. 90000171484970<br>Premier Auto Finance<br>230 W. Monroe St., Ste. 1000<br>Chicago IL 60606 | X | | 1997<br>Security Agreement<br>Co-sign for daughter's car<br><br>VALUE $0.00 | | | | 7,862.00 | 0.00 |

|  |  |  |
|---|---|---|
| Subtotal | > | $284,748.00 |
| Total | > | $284,748.00 |

_____ Continuation sheets attached

(Report total also on Summary of Schedules)