Form B6F (Official Form 6F) - (Rev. 9/97)    1998 USBC, Central District of California

In re  **Lydia Chin**
                                    Debtor.

Case No.: _____ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 502980590<br>1st Community Financial Services<br>15901 Hawthorne Blvd.<br>Lawndale CA 90260 | | | 1996<br>revolving credit | | | | 3,102.00 |
| ACCOUNT NO.<br>1st Credit Solution<br>71365 S. Yale, Ste. 300<br>Tulsa OK 74136 | | | 1998 | | | | 3,002.00 |
| ACCOUNT NO. 2500204946097<br>American Express<br>PO Box 7871<br>Ft. Lauderdale FL 33329 | | | Credit card | | | | 358.00 |
| ACCOUNT NO. 99WL06110<br>Bank of America<br>c/o Hemar & Rousso, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino CA 91436-2828 | | | 1999<br>lawsuit | | | | 6,375.15 |
| ACCOUNT NO.<br>Caesar's Palace<br>3570 Las Vegas Blvd. S.<br>Las Vegas NV 89109 | | | 1997<br>line of credit | | | | 70,000.00 |

_____ Continuation sheets attached

Subtotal ➤  **$82,837.15**

Form B6F (Official Form 6F) - (Rev. 9/97)                                                     1998 USBC, Central District of California

| In re | Lydia Chin | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4128003614713 <br> Citibank Visa <br> PO Box 6500 <br> Sioux Falls, SD 57117 | | | 1994 <br> Credit card | | | | 4,646.00 |
| ACCOUNT NO. <br> Las Vegas Hilton <br> c/o James Stearman <br> 1235 N. Harbor Blvd., Ste. 200 <br> Fullerton CA 92832-1349 | | | Judgment in case 805735 for $43,000; debtor paid $14,300 since July 1, 1999. | | | X | 34,000.00 |

Sheet no. _____ of _____ sheets atached to
Schedule of Creditors Holding Unsecured

| | |
|---|---|
| Subtotal ➤ | $38,646.00 |
| Total ➤ | $121,483.15 |

(Report total also on Summary of Schedules)